IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 18-0307-KD-N |
| JOHN ARTHUR ROBERTSON | : |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, JOHN ARTHUR ROBERTSON, by consent, appeared before the undersigned Magistrate Judge on February 14, 2019, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to Count ONE of the Indictment charging a violation of Title 21 United States Code Section 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance Methamphetamine (ICE).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore recommends that the plea of guilty be accepted and that the Defendant, JOHN ARTHUR ROBERTSON, be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 15th day of February 2019.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.