# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO.: 18-307-KD-N |
| | ) |
| JOHN ARTHUR ROBERTSON, | ) |
| | ) |
| Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the United States Magistrate Judge's Report and Recommendation (Doc. 40) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count 1 of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **June 28, 2019 at 9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602 under separate order.

**DONE** the 6th day of March 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**